UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61197-CIV-ROSENBAUM/HUNT

JOHN EVANS,

    Plaintiff,

vs.

JUMBO SEAFOOD WHOLESALE, INC., and
KONG WANG,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURE

This matter is before the Court upon a review of the case file. Plaintiff filed a Complaint against Defendants on May 30, 2013. D.E. 1. Defendants were served with the Summons and Complaint on June 19, 2013. D.E. 4. Accordingly, Defendants' response to the Complaint was due by July 10, 2013. Fed. R. Civ. P. 12(a). Defendants did not respond to the Complaint, however, and Plaintiff obtained entry of a Clerk's Default against them on July 30, 2013. D.E. 10.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). Once a default is entered, a Plaintiff may move for a default judgment. *See* Fed. R. Civ. P. 55(b). Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff shall follow the default procedure set forth below:

Plaintiff shall file a Motion for Default Judgment **within fourteen (14) days** of the date of this Order. The Motion for Default Judgment shall also be accompanied by an appropriate (1) proposed order and (2) proposed final judgment. The proposed order shall (a) set forth the elements of the claims brought by Plaintiff, (b) identify the facts alleged in the Complaint that establish each

element of Plaintiff's claims, and (c) sets forth in detail the relief sought by Plaintiff. Pursuant to CM/ECF administrative procedures, the proposed order and final judgment **shall be submitted to the Court by e-mail** at rosenbaum@flsd.uscourts.gov in WordPerfect or Word format at the time the Motion is filed. Plaintiff shall send a copy of the Motion to Defendants' counsel or, if Defendants are unrepresented, to Defendants individually. In the certificate of service, Plaintiff shall indicate that notice was sent and the address(es) where notice was sent.

If Defendants fail to move to set aside the Clerk's Default or fail to respond to the Motion for Default Judgment within the time permitted by Rule 55, Fed. R. Civ. P., and Local Rule 7.1(c), S.D. Fla., default final judgment may be entered, which means that Plaintiff may be able to take Defendants' property or money, or obtain other relief against them.

Plaintiff's failure to file a Motion for Default Judgment within the specified time limits or to otherwise comply with this Order **will result in the dismissal without prejudice** of Plaintiff's Complaint.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 30th day of July 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies to:
Counsel of record